```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

SOLOMON AND IBERVILLE                CIVIL ACTION
RENTALS, LLC


VERSUS                               NO: 07-7523


STATE FARM FIRE AND CASUALTY         SECTION: "J" (1)
INSURANCE
```

**ORDER**

Before the Court is Defendant's **Motion In Limine to Exclude Unproduced Evidence From Trial (Rec. Doc. 15).** Plaintiff opposes the motion. The motion, set for hearing on June 25, 2008, is before the Court on the briefs without oral argument. Having reviewed the motion, the memoranda of counsel, and applicable law, this Court finds that Defendant's motion should be denied.

Rule 16(b) of the Federal Rules of Civil Procedure grants a district court the power to control pretrial discovery utilizing a scheduling order. The Fifth Circuit has recognized that Fed. R. Civ. P. 16(b)'s grant of authority requires "broad discretion" be given to the district court to control pretrial discovery. See Geiserman v. MacDonald, 893 F.2d 787, 790 (5th Cir. 1990). It is clear to the Court from the memoranda submitted that Plaintiff's counsel in this case has failed to comply with many of the Court's scheduling deadlines. However, granting of Defendant's motion in this circumstance would essentially strike all of Plaintiff's witnesses, the equivalent of an order of

dismissal. Such a drastic remedy is not appropriate based on the fault of Plaintiff's counsel. Moreover, the Court does not believe that Defendant will be prejudiced by granting a relatively short continuance of the trial in this matter so that discovery may be conducted allowing an appropriate amount of time for the Defendant to respond to Plaintiff's late disclosures, and prepare for trial. Accordingly,

**IT IS ORDERED** that Defendant's **Motion in Limine to Exclude Unproduced Evidence (Rec. Doc. 15)** should be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the trial in this matter, currently set for August 18, 2008 is **CONTINUED**. A telephone conference with the Case Manager will be held on **Thursday, July 24, 2008 at 11:15 a.m.** to schedule new trial and pre-trial dates. The Case Manager will initiate the call.

**IT IS FURTHER ORDERED** that Kevin Tucker, attorney for plaintiff, is to appear before the Court on **Wednesday, August 6, 2008 at 9:30 a.m.** to Show Cause why he should not be sanctioned for failure to comply with the Scheduling Order

New Orleans, Louisiana this 11th day of July, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE